```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/5/2025___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUXURY ASSET CAPITAL, LLC,

               Plaintiff,

-against-

MADDOX GALLERY LTD. and MADDOX FA LTD.,

               Defendants.

25 Civ. 7061 (AT)

**ORDER**

ANALISA TORRES District Judge:

    The Court has reviewed the parties' joint letters and separately proposed case management plans. *See* ECF Nos. 12, 13. On September 2, 2025, the parties were ordered to submit a *jointly proposed* case management plan by November 3, 2025. *See* ECF No. 9. On November 3, 2025, the parties filed a letter stating that "the parties have been unable to agree on a single proposed Case Management Plan and Scheduling Order" and submitted separately proposed case management plans. ECF No. 13. Accordingly, to afford the parties time to reach an agreement, by **November 19, 2025,** the parties shall file a jointly proposed case management plan.

    SO ORDERED.

Dated: November 5, 2025
       New York, New York

                                      ANALISA TORRES
                                  United States District Judge