UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUXURY ASSET CAPITAL, LLC,

                Plaintiff,

       -against-

MADDOX GALLERY LTD. and MADDOX FA
LTD.,

                Defendants.

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 11/24/2025 |

25 Civ. 7061 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendants' pre-motion letter, ECF No. 16, dated November 18, 2025. Under Rule III.A.iii of the undersigned's Individual Practices in Civil Cases, Plaintiff was required to submit an opposition letter within five business days of receipt of the movant's letter. That submission is now overdue. Accordingly, by **December 1, 2025**, Plaintiff shall file its opposition letter to Defendants' pre-motion letter.

    SO ORDERED.

Dated: November 24, 2025
      New York, New York

                                  ANALISA TORRES
                           United States District Judge