**StradleyRonon**

100 Park Avenue
Suite 2000
New York, NY 10017
T: 212.812.4124

**Randy M. Friedberg**
Partner
rfriedberg@stradley.com
212.404.0634

April 14, 2026

**Via ECF**
Hon. Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Granted.

SO ORDERED:

4/14/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Re:    _Luxury Asset Capital, LLC v. Maddox Gallery Ltd. et al.,_ No. 25-cv-07061-AT-RWL

Dear Magistrate Judge Lehrburger:

This firm represents Defendants Maddox Gallery Ltd. and Maddox FA Ltd. (collectively, "Maddox") in the above-referenced action.  In connection with the Court's Order of April 1, 2026 (the "Order") (Dkt. No. 39), we write to respectfully request a brief one-week extension of the parties' deadline to jointly submit revised versions of Plaintiff's Letters of Request pursuant to the Hague Convention (the "Letter Requests").  The parties' current deadline to submit revised versions of the Letter Requests is April 15, 2026.

By its Order, the Court rejected Plaintiff's original proposed versions of the Letter Requests and directed the parties to "meet and confer to arrive at an agreement on the wording of the Letter Requests . . . and resubmit the proposed Letter Requests by April 15, 2026."  (Dkt. No. 39 at 3.)  For the reasons discussed below, Maddox requires more time to review the proposed revised drafts of the Letter Requests recently provided by Plaintiff's counsel, edit those drafts, and meet-and-confer with Plaintiff's counsel to arrive at mutually acceptable revisions for submission to the Court.  Plaintiff is refusing to join in this request, but does not object to the requested extension.  This is the first request for an extension of the April 15, 2026 deadline.

Plaintiff sent Maddox proposed revised drafts of the Letter Requests on April 9, 2026, and then sent Maddox another updated proposed revision on April 13, 2026, a mere two days before the Court's deadline.  Plaintiff's most recent proposed drafts, each roughly 20 pages in length inclusive of addendums, do not comport with the Court's Order in multiple respects and therefore require substantial editing.   For instance, while the Court specifically directed that "the nature of the proceedings and summary of facts (No. 5) must be presented neutrally, evenly, and succinctly" (Order at 2), LAC's proposed drafts do not present this matter neutrally, evenly, or succinctly.  Indeed, there remains only a single sentence regarding Maddox's motion to dismiss, and nothing regarding Maddox's substantive position, as opposed to multiple pages setting forth LAC's position.  Further, while the Court also specifically instructed that "the Letters must not suggest that the Court is 'well-acquainted' (or the like) with the evidence given the case is only at the motion-to-dismiss stage" (Order at 2), LAC's proposed drafts still claim that the Court "is acquainted with the issues in the action and some of the evidentiary material that the parties have filed and referenced to date."  As we pointed out in our last letter to the

Hon. Robert W. Lehrburger
April 14, 2026
Page 2


Court (Dkt. No. 37), no "evidentiary material" has in fact been submitted to the Court, and the Court has not weighed in substantively on any such material.

After receiving LAC's updated revised drafts yesterday, Maddox's counsel advised LAC's counsel that Maddox would require some time to edit the drafts.  Maddox's counsel proposed that the parties jointly request a one-week extension of the April 15, 2026 deadline, that Maddox provide proposed edits to LAC by Wednesday or Thursday of this week, and that the parties then meet and confer to finalize the Letters by or before Monday, April 20, 2026.  LAC's counsel responded by refusing to join in any request to extend the current deadline, but by agreeing not to object to Maddox's requested extension.

Maddox therefore respectfully requests a one-week extension of the April 15, 2026 deadline (to April 22, 2026) for the parties to meet-and-confer and to jointly submit revised drafts of the Letters of Request.

Maddox thanks the Court for its consideration of this correspondence.


Respectfully submitted,

Randy M. Friedberg

Cc:  Mr. Judd B. Grossman
     Grossman LLP
     (Plaintiff's Counsel, by ECF)

6469768v.1